UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

UNITED STATES OF AMERICA

       -v-                                  21 Cr. 239 (JPC)

VINCENTE OTERO,                          ORDER

                   Defendant.

------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     The status conference scheduled for July 14, 2021, at 11:00 a.m. shall take place in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY, 10007.

     SO ORDERED.

Dated: July 6, 2021
      New York, New York                  _____
                                        JOHN P. CRONAN
                                United States District Judge