UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                 :

UNITED STATES OF AMERICA                    :

            -v-                                :              21 Cr. 239 (JPC)

VINCENTE OTERO,                        :              ORDER

                Defendant.          :

------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The status conference scheduled for July 14, 2021, at 11:00 a.m. shall now occur via videoconference. The Court will provide the parties with an access link. The public may listen to the proceeding by dialing (866) 434-5269, access code 9176261 at the scheduled time.

        SO ORDERED.

Dated: July 9, 2021
       New York, New York                                  JOHN P. CRONAN
                                                          United States District Judge