**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

The request is granted. Mr. Otero's sentencing is adjourned until March 9, 2022 at 10:00 a.m. The parties shall appear in Courtroom 12D of the Daniel P. Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Date: December 24, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge

**VIA ECF and Email**

The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Vicente Otero,* 21 Cr. 239 (JPC)

Dear Judge Cronan:

I write with the consent of the government to respectfully request an adjournment of Mr. Otero's sentencing hearing of approximately 30 days. The hearing is currently scheduled for February 8, 2022. I am starting a trial before Judge Furman on January 20, 2022, that is anticipated to last approximately two weeks. An adjournment of Mr. Otero's hearing would allow me to complete the collection of relevant mitigation materials, and effectively prepare for his sentencing.

Thank you for your consideration of this application.

Respectfully submitted,

_____
Tamara L. Giwa
Counsel for Vicente Otero
Federal Defenders of New York
(917) 890-9729

Cc:   AUSA Matthew R. Shahabian (via ECF)